IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| PCIS.NET, LLC | ) | Case No. 05-62383-S-7-ABF |
| | ) | |
| Debtor(s). | ) | |

**MOTION FOR ORDER TO DEPOSIT FUNDS INTO COURT REGISTRY**

COMES NOW Dan Nelson, Trustee in Bankruptcy, and moves the Court for an Order to deposit funds into the Court Registry as follows:

1. It appears that there is on deposit in The Bank of New York Mellon to the credit of the above-captioned estate, the sum of $22.80, which is the sum of eighteen (18) checks to unsecured creditor from the final distribution of said cause as follows:

| Claim No. | Creditor/Address | Total to be Paid |
|---|---|---|
| 10-1 | Cliff & Victoria Walters<br>1219 N. Pine St.<br>Marshfield, MO  65706 | 1.01 |
| 14-1 | Nicolle Murray<br>9533 Hwy M<br>Plato, MO  65552 | 1.66 |
| 17-1 | Irene Hamby<br>7180 E. Farmroad 156<br>Rogersville, MO  65742 | 2.07 |
| 18-1 | Evelyn Reed<br>306 Deerfield Lane<br>Nixa, MO  65714 | .56 |
| 33-1 | Joe Barroner<br>13390 Slabtown Road<br>Plato, MO  65552 | 4.32 |
| 37-1 | John Ramsey<br>4838 W. Burbank St.<br>Springfield, MO  65802 | .68 |
| 39-1 | Mildred White<br>8053 Illinois Avenue | .68 |

9013871v1

| | | |
|---|---|---|
| 41-1 | Houston, MO  65483<br>Marlene Dabney<br>7517 High Point Dr.<br>Raymondville, MO  65555 | .68 |
| 42-1 | Melba Jacobs<br>621 N. Boston Ln., #10<br>Republic, MO  65738 | 3.34 |
| 45-1 | Betty Buchanan<br>828 W. Raynell<br>Springfield, MO  65807 | .68 |
| 46-1 | Steve Bassett<br>15690 Malberg Road<br>Cabool, MO  65689 | .68 |
| 54-1 | Sue Bates<br>9568 E. Farm Road 2<br>Fair Grove, MO 65648 | .68 |
| 57-1 | Sherry Davis<br>2838 N. Howard<br>Springfield, MO  65803 | .38 |
| 61-1 | William McGavran<br>4755 W. University<br>Springfield, MO  65802 | .68 |
| 68-1 | Randy Eggert<br>527 Piper Point<br>Rogersville, MO  65742 | 1.18 |
| 69-1 | Counseling & Professional Developmental Services<br>P.O. Box 967<br>Cabool,  MO  65689 | .90 |
| 75-1 | Thomas Leeth<br>1950 John Ford Road<br>Rogersville, MO  65742 | 1.49 |
| 79-1 | Brenda Nigowski<br>12662 Highway EE<br>Cabool, MO  65689 | 1.13 |
| | **Total:** | **$22.80** |

9013871v1

WHEREFORE, the Trustee requests an Order of the Court to deposit funds into the Court Registry as listed above.

/s/ Dan Nelson
Dan Nelson, Trustee
PO Box 4288
Springfield, MO 65808-4288
(417) 886-2000 FAX 886-9126

9013871v1